

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00335-CV

Abdolrahim **SHARIFA**N,
Appellant

v.

Suzette **SHARIFAN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04490
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED September 11, 2019.

_____
Rebeca C. Martinez, Justice